

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2019

No. 04-19-00311-CV

Ernest **BUSTOS**,
Appellant

v.

**ENCINO PARK HOMEOWNERS**,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18828
Honorable Laura Salinas, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on September 10, 2019. On September 24, 2019, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice by stating that the reporter's record was not filed because appellant had failed to request the record or make arrangements to pay the reporter's fee for preparing the record.

It is therefore ORDERED that appellant provide written proof to this court within ten (10) days of the date of this order that: (A) the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included, *see* TEX. R. APP. P. 34.6(b)(1); and (B) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c). If appellant provides sufficient proof that a request and payment arrangements have been made, the reporter's record must be filed in this court no later than one week after the date appellant's written proof is filed with this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2019.



Luz Estrada,
Chief Deputy Clerk